United States Bankruptcy Court for the:

DISTRICT OF NEW MEXICO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sandia Tobacco Manufacturers, Inc., a New Mexico Domestic Profit** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **71-0951557** |

4. Debtor's address

**Principal place of business**

**7900 Reading SE, Building A
Albuquerque, NM 87105**
Number, Street, City, State & ZIP Code

**Bernalillo**
County

**Mailing address, if different from principal place of business**

**5901- J Wyoming Blvd NE , #311
Albuquerque, NM 87109**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**    *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>September 19, 2016</u>
                    MM / DD / YYYY

**X** <u>/s/ Donna E. Woody</u>                          <u>Donna E. Woody</u>
     Signature of authorized representative of debtor            Printed name

Title    **Vice President/Secretary**

---

**18. Signature of attorney**

**X** <u>/s/ William F. Davis</u>            Date  **September 19, 2016**
     Signature of attorney for debtor                    MM / DD / YYYY

**William F. Davis**
Printed name

**William F. Davis & Assoc., P.C.**
Firm name

**6709 Academy NE, Suite A**
**Albuquerque, NM 87109**
Number, Street, City, State & ZIP Code

Contact phone   **(505)243-6129**       Email address   **daviswf@nmbankruptcy.com**

**1777, New Mexico**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Sandia Tobacco Manufacturers, Inc., a New Mexico Domestic Profit**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2016**     X /s/ Donna E. Woody
                                         Signature of individual signing on behalf of debtor

                                         **Donna E. Woody**
                                         Printed name

                                         **Vice President/Secretary**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Sandia Tobacco Manufacturers, Inc., a New Mexico Domestic Profit**

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

**Part 1:**  **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $ _____0.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $ _____390,339.02_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................   $ _____390,339.02_

**Part 2:**  **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____0.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................   $ _____0.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................   +$ _____9,732,083.83_

4. **Total liabilities** .........................................................................................................................
   Lines 2 + 3a + 3b                          $ _____9,732,083.83_

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 6 of 46

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **NM Bank and Trust** | **Sandia Interest** | 0332 | **$2,300.00** |
| 3.2. | **Century Bank** | **Main Account** | 0837 | **$11,082.00** |
| 3.3. | **Century Bank** | **MSA Account** | 0968 | **$1.00** |
| 3.4. | **Century Bank** | **Wire Account** | 0941 | **$8.02** |

**4.   Other cash equivalents** *(Identify all)*

**5.   Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $13,391.02 |
|---|---|

### Part 2:     Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Rental Deposit to Gardner Zemke Company | $6,000.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.  | $6,000.00

---

**Part 3:**  **Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   |   50,000.00   –   0.00   = ....   | $50,000.00
face amount   doubtful or uncollectible accounts

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.  | $50,000.00

---

**Part 4:**  **Investments**

13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials | | | | |
| 20.   Work in progress | | | | |
| 21.   Finished goods, including goods held for resale | | | | |
| 22.   Other inventory or supplies **Inventory (Various stages of completion)** | | $0.00 | | $125,000.00 |

23.  **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.  | $125,000.00

24.  **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office equipment** | $0.00 | | $10,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.
   | | $10,000.00 |
   |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Soft pack rolling racks | $0.00 | $325.00 |
| Soft pack trays | $0.00 | $2,990.00 |
| Spare parts for Packers and Makers | $0.00 | $10,000.00 |
| Hard pack trays | $0.00 | $1,750.00 |
| Hard pack rolling racks | $0.00 | $125.00 |
| Gardner Denver Air Dryer | $0.00 | $250.00 |
| Sullair VS-12 Vacuum Pump | $0.00 | $1,000.00 |
| Sullivan Palatek compressor 30D7 | $0.00 | $1,000.00 |
| Champion compressor | $0.00 | $1,000.00 |
| LTL CR120 Cigarette Reclaim Machine | $0.00 | $5,000.00 |
| Sasib 3-279-3000 85 mm cp1 cello wrapper and cartoner | $0.00 | $15,000.00 |
| Molins MK8 69 mm rod and plug | $0.00 | $125,000.00 |
| Sasib 3-279-3000 85 mm cp1 cello wrapper and cartoner | $0.00 | $15,000.00 |
| Dust Hog Dust Collector | $0.00 | $7,500.00 |

51.   **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $185,940.00 |
|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Debtor    **Sandia Tobacco Manufacturers, Inc., a New Mexico**
          **Domestic Profit**
          _____
          Name

Case number *(If known)*    _____

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Building located at 7900 Reading Dr SE, Building B, Albuquerque, NM 87105.** | Leasehold Interest | $0.00 | | **Unknown** |

56.    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

       | $0.00 |
       |---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Various Trademarks** | $0.00 | | **Unknown** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.     Other intangibles, or intellectual property

65.     Goodwill

66.     **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.             | $0.00

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ■ Yes Fill in the information below.

                                                                  Current value of
                                                                  debtor's interest

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership
        **Restricted Qualified Escrow Fund under Master
        Settlement Agreement with Washington
        ($4,169.00 held in Restricted Funds)
        Escrow Agent: NM Bank & Trust**                  $1.00

        **Restricted Qualified Escrow Fund under Master
        Settlement Agreement with Oklahoma
        ($265,063.68 held in Restricted Funds)
        Escrow Agent: NM Bank & Trust**                  $1.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| | |
|---|---:|
| **Restricted Qualified Escrow Fund under Master Settlement Agreement with New York ($3,615.48 held in Restricted Funds) Escrow Agent: NM Bank & Trust** | $1.00 |
| **Restricted Qualified Escrow Fund under Master Settlement Agreement with New Mexico ($3,481,176.07 held in Restricted Funds) Escrow Agent: NM Bank & Trust** | $1.00 |
| **Restricted Qualified Escrow Fund under Master Settlement Agreement with Kansas ($49,066.41 held in Restricted Funds) Escrow Agent: NM Bank & Trust** | $1.00 |
| **Restricted Qualified Escrow Fund under Master Settlement Agreement with Colorado ($140.76 held in Restricted Funds) Escrow Agent: NM Bank & Trust** | $1.00 |
| **Restricted Qualified Escrow Fund under Master Settlement Agreement with California Subaccount ($227,601.03 held in Restricted Funds) Escrow Agent: NM Bank & Trust** | $1.00 |
| **Restricted Qualified Escrow Fund under Master Settlement Agreement with Nevada Sub B account ($42,462.36 held in Restricted Funds) Escrow Agent: NM Bank & Trust** | $1.00 |

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    $8.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,391.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $125,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $185,940.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $390,339.02 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $390,339.02 |

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**1 World Sync**<br>7887 Washington Villiage, Suite 300<br>Dayton, OH 45459<br><br>Date(s) debt was incurred __8/1/15__<br>Last 4 digits of account number __3213__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Business Management Consulting__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,475.00 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**3C! Packaging, Inc.**<br>1000 CCC Dr.<br>Clayton, NC 27520<br><br>Date(s) debt was incurred __12/17/15__<br>Last 4 digits of account number __0207__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Packaging Supply__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $16,541.93 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Alliance One**<br>2305 Baldree Road<br>Wilson, NC 27893<br><br>Date(s) debt was incurred __8/24/15__<br>Last 4 digits of account number __9484__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Tobacco Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $224,986.11 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**American Express**<br>PO Box 650448<br>Dallas, TX 75265<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __3001__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Credit Card__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $19,822.05 |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amerifund, Inc.**
9019 E. Bahia Dr. #100
Scottsdale, AZ 85260

Date(s) debt was incurred  __2/27/14__

Last 4 digits of account number  __1431__

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Deficiency amount after sale of MK8/PA8 (Processing Equipment)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bank of Albuquerque, N.A.**
PO Box 26148
Albuquerque, NM 87125

Date(s) debt was incurred  __2/24/05__

Last 4 digits of account number  __8872__

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328.95 |
|---|---|---|---|

**BizFilings**
399122 Treasury Center
Chicago, IL 60694-9900

Date(s) debt was incurred  __9/7/16__

Last 4 digits of account number  __4044__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Corporation Assistance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310,000.00 |
|---|---|---|---|

**Bureau of Alcohol, Tobacco & Firearms**
550 Main Street
Cincinnati, OH 45202

Date(s) debt was incurred  __9/15/16__

Last 4 digits of account number  __1617__

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,951.09 |
|---|---|---|---|

**Butler and Company CPAs**
4811A Hardware Dr NE, Suite 1
Albuquerque, NM 87109

Date(s) debt was incurred  __9/7/16__

Last 4 digits of account number  __4997__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounting Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,598.15 |
|---|---|---|---|

**Captiva Group**
3838 Bogan Ave NE
Albuquerque, NM 87109

Date(s) debt was incurred  __4/29/15__

Last 4 digits of account number  __5162__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Printer services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,556.29 |
|---|---|---|---|

**Chase**
PO Box 36520
Louisville, KY 40233-6520

Date(s) debt was incurred  ___

Last 4 digits of account number  __8109__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,588,628.88 |
|---|---|---|---|

**Commodity Credit Corp. (USDA)**
PO Box 419205
Stop 8568
Kansas City, MO 64141

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Tobacco Transition Payment Program

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**D & D Properties LLC**
5850 Eubank Blvd NE Suite B-49
Albuquerque, NM 87111

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  2/24/05

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,870,000.00 |
|---|---|---|---|

**Donald and Della Packingham**
13204 Princess Jeanne Ave. NE
Albuquerque, NM 87112

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Shareholder Loan

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,489.00 |
|---|---|---|---|

**Estes Express Lines**
PO Box 25612
Richmond, VA 23260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  8/19/16

Last 4 digits of account number  3023

Basis for the claim:  Trucking services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Bank Richmond, N.A.**
PO Box 1145
Richmond, IN 47374

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  3/2/14

Last 4 digits of account number  5065

Basis for the claim:  1-MK8/PA8 Change

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,297,488.62 |
|---|---|---|---|

**Food & Drug Administration**
517 Gold Ave SW
Albuquerque, NM 87102

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**GS1 US**
PO Box 71-3034
Columbus, OH 43271-3034

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  4/11/16

Last 4 digits of account number  0013

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 18 of 46

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Market Center @ Renaissance, LLC**
6812 Academy Pkwy NE
Albuquerque, NM 87109

Date(s) debt was incurred _10/23/13_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Reading Office space_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,090.93 |
|---|---|---|---|

**Morisette Paper Company**
PO Box 890982
Charlotte, NC 28289-0982

Date(s) debt was incurred _10/7/15_

Last 4 digits of account number _4980_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Paper supply_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,548.57 |
|---|---|---|---|

**NM Bank and Trust (Escrow Acct.)**
320 Gold Ave. SW, Suite 200
Albuquerque, NM 87103

Date(s) debt was incurred _1/30/15_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Escrow Deposits due State of NM_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,135.44 |
|---|---|---|---|

**North Carolina Filter Corporation**
PO Box 498
Black Creek, NC 27813

Date(s) debt was incurred _11/23/15_

Last 4 digits of account number _6082_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,885.15 |
|---|---|---|---|

**Nusenda**
1801 Lomas Blvd NE
Albuquerque, NM 87106

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _2015 Ford Transit Connect_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,398.38 |
|---|---|---|---|

**Old Dominion**
PO Box 841324
Dallas, TX 75284-1324

Date(s) debt was incurred _7/5/16_

Last 4 digits of account number _3225_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trucking Services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.68 |
|---|---|---|---|

**Pest Defense Solutions Services**
9607-6 Eagle Ranch Rd. NW, Suite F
Albuquerque, NM 87114

Date(s) debt was incurred _8/5/16_

Last 4 digits of account number _2846_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,759.73 |
|---|---|---|---|

**Phillips Murrah**
101 N Robinson Ave.
Oklahoma City, OK 73102

Date(s) debt was incurred  **7/1/15**

Last 4 digits of account number  **34**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.81 |
|---|---|---|---|

**Sandia Office Supply**
3831 Singer Blvd NE
Albuquerque, NM 87109

Date(s) debt was incurred  **8/9/16**

Last 4 digits of account number  **7120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,749.99 |
|---|---|---|---|

**Schweitzer-Maudit**
PO Box 102887
Atlanta, GA 30368-8385

Date(s) debt was incurred  **2/6/15**

Last 4 digits of account number  **8347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paper Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,934.90 |
|---|---|---|---|

**Seneca Manufacturing Company**
PO Box 496
Salamanca, NY 14779

Date(s) debt was incurred  **8/12/16**

Last 4 digits of account number  **4213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,995.00 |
|---|---|---|---|

**Sunset Transportation**
11325 Concord Villiage
Saint Louis, MO 63123

Date(s) debt was incurred  **7/22/16**

Last 4 digits of account number  **0545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transportation Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.60 |
|---|---|---|---|

**Supply One**
8330 Jefferson NE
Albuquerque, NM 87113

Date(s) debt was incurred  **9/1/16**

Last 4 digits of account number  **886A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply store**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,316.18 |
|---|---|---|---|

**Susan Jesmer dba Native Trading Assoc.**
442 Frogtown Rd
Hogansburg, NY 13655

Date(s) debt was incurred  **4/11/11**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 20 of 46

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.95 |
|---|---|---|---|

**T Mobile**
PO Box 660252
Dallas, TX 75266-0252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/29/16

Basis for the claim:  Cellular telephone services

Last 4 digits of account number  1065

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,689.74 |
|---|---|---|---|

**TX State Comptroller**
PO Box 149348
Austin, TX 78714-9348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/7/15

Basis for the claim:  _

Last 4 digits of account number  1557

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,719.22 |
|---|---|---|---|

**United States Liability Ins. Company**
P.O. Box 62778
Baltimore, MD 21264-2778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/9/16

Basis for the claim:  Insurance Services

Last 4 digits of account number  8820

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.84 |
|---|---|---|---|

**UPS Freight**
PO Box 650690
Dallas, TX 75265-0690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/15/16

Basis for the claim:  Freight Forwarding Service

Last 4 digits of account number  7591

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,645.00 |
|---|---|---|---|

**Vision Point Consulting Group LLC**
3400 Tanglewood Court
Mechanicsville, VA 23111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Accounting Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.65 |
|---|---|---|---|

**Waste Management**
PO box 78251
Phoenix, AZ 85062-8251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/25/16

Basis for the claim:  Waste management

Last 4 digits of account number  5737

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bureau of Alcohol, Tobacco and Firearms**<br>99 New York Avenue NE<br>Washington, DC 20226 | Line  3.8 <br><br>☐ Not listed. Explain _____ | _ |

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 21 of 46

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Center for Tobacco Products**<br>Document Control Center, Room 020J<br>9200 Corporate Blvd.<br>Rockville, MD 20850 | Line 3.12<br>☐ Not listed. Explain ____ | _ |
| 4.3 **Commodity Credit Corporation**<br>1400 Independence Ave SW<br>Stop 0599<br>Washington, DC 20250-0599 | Line 3.12<br>☐ Not listed. Explain ____ | _ |
| 4.4 **First Bank Richmond, N.A.**<br>PO Box 1145<br>Richmond, IN 47374 | Line 3.5<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Food and Drug Administration**<br>10903 New Hampshire Ave<br>Silver Spring, MD 20993 | Line 3.17<br>☐ Not listed. Explain ____ | _ |
| 4.6 **FSA**<br>PO Box 419205<br>Stop 8568<br>Kansas City, MO 64141 | Line 3.12<br>☐ Not listed. Explain ____ | _ |
| 4.7 **UCC Direct Services (CT Corporation)**<br>545 West 19th Street<br>Houston, TX 77008 | Line 3.5<br>☐ Not listed. Explain ____ | _ |
| 4.8 **USDA**<br>Room 107 W, Whitten Building<br>1400 Independence Ave SW<br>Washington, DC 20250 | Line 3.12<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 9,732,083.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 9,732,083.83 |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**  |  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Building located at 7900 Reading Dr SE, Building B, Albuquerque, NM 87105.** |
| | State the term remaining | **5 years** |
| | List the contract number of any government contract | _____ |

Gardner Zemke Company
6821 Academy Parkway West NE
Albuquerque, NM 87109

Fill in this information to identify the case:

Debtor name **Sandia Tobacco Manufacturers, Inc., a New Mexico Domestic Profit**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this form.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | D & D Properties, LLC | 5850 Eubank Blvd NE Ste B Albuquerque, NM 87111 | Bank of Albuquerque, N.A. | ☐ D _____ ☑ E/F _3.6_ ☐ G _____ |
| 2.2 | Donald and Della Packingham | 13204 Princess Jeanne Ave. NE Albuquerque, NM 87112 | Chase | ☐ D _____ ☑ E/F _3.11_ ☐ G _____ |
| 2.3 | Donald and Della Packingham | 13204 Princess Jeanne Ave. NE Albuquerque, NM 87112 | American Express | ☐ D _____ ☑ E/F _3.4_ ☐ G _____ |
| 2.4 | Donald Packingham | 13204 Princess Jeanne Ave. NE Albuquerque, NM 87112 | Amerifund, Inc. | ☐ D _____ ☑ E/F _3.5_ ☐ G _____ |
| 2.5 | WM Distribution, Inc. | 4201 Yale Blvd NE # F Albuquerque, NM 87107 | Susan Jesmer dba Native Trading Assoc. | ☐ D _____ ☑ E/F _3.32_ ☐ G _____ |

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 24 of 46

| Debtor | Sandia Tobacco Manufacturers, Inc., a New Mexico Domestic Profit | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| 2.6 | WM Distribution, Inc. | 4201 Yale Blvd NE # F<br>Albuquerque, NM 87107 | Market Center @<br>Renaissance, LLC | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
|---|---|---|---|---|

Official Form 206H        Schedule H: Your Codebtors        Page 2 of 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $3,788,577.00 |
   | **For prior year:**<br>From   **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $7,273,518.00 |
   | **For year before that:**<br>From   **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | $10,575,789.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Susan Jesmer dba Native Trading Assoc.<br>442 Frogtown Rd<br>Hogansburg, NY 13655 | July 2016,<br>August 2016,<br>and<br>September<br>2016 | $150,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Settlement__ |
| 3.2. | Gardner Zemke Company<br>6821 Academy Parkway West NE<br>Albuquerque, NM 87109 | July 2016,<br>August 2016<br>and<br>September<br>2016 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | SEE EXHIBIT SOFA #4 | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

# Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount | |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 06/30/2016 | 21676 | 3CI Packaging, Inc. | | Accounts Payable | -20,000.00 | |
| Bill Pmt -Check | 08/17/2016 | 21723 | 3CI Packaging, Inc. | | Accounts Payable | -5,000.00 | -25,000.00 |
| Check | 07/19/2016 | 21693 | Alabama Coushatta Tribe | July 1 2016 Loyalty Cards | Promotions | -35.56 | |
| Check | 07/19/2016 | 21694 | Alabama Coushatta Tribe | July 2016 Loyalty Cards | Promotions | -66.04 | |
| Check | 07/19/2016 | 21695 | Alabama Coushatta Tribe | July 2016 Loyalty Cards | Promotions | -116.84 | -218.44 |
| Bill Pmt -Check | 06/28/2016 | 21665 | Alarm Research | | Accounts Payable | -32.10 | |
| Bill Pmt -Check | 08/01/2016 | 21702 | Alarm Research | | Accounts Payable | -32.14 | |
| Bill Pmt -Check | 09/06/2016 | 21729 | Alarm Research | | Accounts Payable | -32.14 | -96.38 |
| Check | 07/08/2016 | 21692 | Alonso Zubia | | Packaging Costs | -96.00 | |
| Check | 09/19/2016 | 21753 | Alonso Zubia | | Packaging Costs | -120.00 | -216.00 |
| Transfer | 06/16/2016 | | American Express | Funds Transfer | American Express | -9,835.37 | |
| Bill Pmt -Check | 08/10/2016 | Auto | American Express | | Accounts Payable | -1,176.04 | -11,011.41 |
| Bill Pmt -Check | 06/03/2016 | 21636 | AmeriGas | | Accounts Payable | -56.26 | -56.26 |
| Paycheck | 07/01/2016 | DD1656 | Anthony Garcia | Direct Deposit | -SPLIT- | 0.00 | |
| Paycheck | 07/15/2016 | DD1659 | Anthony Garcia | Direct Deposit | -SPLIT- | 0.00 | |
| Paycheck | 08/01/2016 | DD1662 | Anthony Garcia | Direct Deposit | -SPLIT- | 0.00 | |
| Paycheck | 08/15/2016 | DD1665 | Anthony Garcia | Direct Deposit | -SPLIT- | 0.00 | |
| Paycheck | 09/01/2016 | DD1668 | Anthony Garcia | Direct Deposit | -SPLIT- | 0.00 | |
| Paycheck | 09/15/2016 | DD1671 | Anthony Garcia | Direct Deposit | -SPLIT- | 0.00 | 6786.92 |
| Bill Pmt -Check | 07/05/2016 | 21682 | Beresford Box Company, Inc | | Accounts Payable | -17,019.51 | |
| Bill Pmt -Check | 07/05/2016 | | Beresford Box Company, Inc | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 07/22/2016 | 21688 | Beresford Box Company, Inc | | Accounts Payable | -2,526.85 | |
| Bill Pmt -Check | 08/01/2016 | 21701 | Beresford Box Company, Inc | | Accounts Payable | -7,427.12 | |
| Bill Pmt -Check | 08/24/2016 | 21722 | Beresford Box Company, Inc | | Accounts Payable | -8,173.99 | |
| Bill Pmt -Check | 09/06/2016 | 21730 | Beresford Box Company, Inc | | Accounts Payable | -1,180.01 | -36,327.48 |
| Bill Pmt -Check | 06/29/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Accounts Payable | -148,272.18 | |
| Sales Tax Payment | 06/29/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Sales Tax Payable | -6,953.93 | |
| Bill Pmt -Check | 07/14/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Accounts Payable | -144,920.20 | |
| Sales Tax Payment | 07/14/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Sales Tax Payable | -5,082.64 | |

EXHIBIT

SOFA #4

tabbies®

## Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Bill Pmt -Check | 07/29/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Accounts Payable | -124,093.85 |
| Sales Tax Payment | 07/29/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Sales Tax Payable | -4,242.52 |
| Bill Pmt -Check | 08/12/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Accounts Payable | -119,402.89 |
| Sales Tax Payment | 08/12/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Sales Tax Payable | -3,111.03 |
| Bill Pmt -Check | 08/29/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Accounts Payable | -149,480.10 |
| Sales Tax Payment | 08/29/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Sales Tax Payable | -4,759.59 |
| Bill Pmt -Check | 09/14/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Accounts Payable | -141,598.42 |
| Sales Tax Payment | 09/14/2016 | Auto | Bureau of Alcohol, Tobacco and Firearms | | Sales Tax Payable | -4,608.49 | -856,525.64 |
| | | | | | | |
| Bill Pmt -Check | 09/01/2016 | Auto | SW Chase | | Accounts Payable | -1,168.20 |
| Bill Pmt -Check | 06/07/2016 | Auto | Chase Card Services | | Accounts Payable | -1,877.74 |
| Bill Pmt -Check | 09/04/2016 | Auto | SW Chase | | Accounts Payable | -5,688.20 | -8,734.14 |
| | | | | | | |
| Bill Pmt -Check | 06/28/2016 | 21666 | Century Link | | Accounts Payable | -508.48 |
| Bill Pmt -Check | 09/06/2016 | 21731 | Century Link | | Accounts Payable | -502.33 | -1,010.81 |
| | | | | | | |
| Bill Pmt -Check | 09/06/2016 | 21732 | Crystal Springs | | Accounts Payable | -50.45 | -50.45 |
| | | | | | | |
| Bill Pmt -Check | 06/28/2016 | 21671 | D & D Properties | | Accounts Payable | -4,200.00 |
| Bill Pmt -Check | 07/27/2016 | 21697 | D & D Properties | | Accounts Payable | -4,200.00 |
| Bill Pmt -Check | 08/29/2016 | 21725 | D & D Properties | | Accounts Payable | -4,200.00 |
| Bill Pmt -Check | 10/27/2015 | 21365 | D&D Properties | | Accounts Payable | -1,000.00 | -13,600.00 |
| | | | | | | |
| Paycheck | 10/01/2015 | DD1534 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 10/15/2015 | DD1544 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 11/02/2015 | DD1554 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 11/16/2015 | DD1564 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 12/01/2015 | DD1574 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 12/15/2015 | DD1584 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 12/31/2015 | DD1598 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 01/15/2016 | DD1609 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 02/01/2016 | DD1620 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 02/16/2016 | DD1624 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 03/01/2016 | DD1628 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 03/15/2016 | DD1632 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 04/01/2016 | DD1636 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 04/15/2016 | DD1640 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 05/02/2016 | DD1644 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |

# Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Paycheck | 05/16/2016 | DD1648 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 06/01/2016 | DD1651 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 06/15/2016 | DD1654 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 07/01/2016 | DD1657 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 07/15/2016 | DD1660 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 08/01/2016 | DD1663 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 08/15/2016 | DD1666 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 09/01/2016 | DD1669 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 09/15/2016 | DD1672 | David S Packingham | Direct Deposit | -SPLIT- | 0.00 |
| | | | | | | 12071.07 |
| Check | 10/01/2015 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 10/15/2015 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 11/01/2015 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 11/15/2015 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 12/15/2015 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 01/15/2016 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 02/15/2016 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 03/15/2016 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 04/15/2016 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 05/15/2016 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 06/15/2016 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 07/15/2016 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| Check | 08/15/2016 | Auto | Donald Packingham | | Shareholder Loan | -1,500.00 |
| | | | | | | -19,500.00 |
| Paycheck | 10/01/2015 | 21328 | Donna E Woody | | -SPLIT- | -3,765.96 |
| Paycheck | 10/15/2015 | 21352 | Donna E Woody | | -SPLIT- | -3,821.52 |
| Paycheck | 11/02/2015 | 21371 | Donna E Woody | | -SPLIT- | -3,767.96 |
| Paycheck | 11/16/2015 | 21394 | Donna E Woody | | -SPLIT- | -3,767.96 |
| Paycheck | 12/01/2015 | 21417 | Donna E Woody | | -SPLIT- | -3,767.96 |
| Paycheck | 12/15/2015 | 21432 | Donna E Woody | | -SPLIT- | -3,767.96 |
| Paycheck | 12/31/2015 | 21458 | Donna E Woody | | -SPLIT- | -3,767.96 |
| Paycheck | 01/15/2016 | 21471 | Donna E Woody | | -SPLIT- | -3,768.77 |
| Paycheck | 02/01/2016 | 21490 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 02/16/2016 | 21504 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 03/01/2016 | 21531 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 03/15/2016 | 21543 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 04/01/2016 | 21558 | Donna E Woody | | -SPLIT- | -3,768.77 |
| Paycheck | 04/15/2016 | 21585 | Donna E Woody | | -SPLIT- | -3,770.77 |

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 30 of 46

# Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Paycheck | 05/02/2016 | 21604 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 05/16/2016 | 21611 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 06/01/2016 | 21626 | Donna E Woody | | -SPLIT- | -3,795.69 |
| Paycheck | 06/15/2016 | 21659 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 07/01/2016 | 21672 | Donna E Woody | | -SPLIT- | -3,768.77 |
| Paycheck | 07/15/2016 | 21686 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 08/01/2016 | 21698 | Donna E Woody | | -SPLIT- | -3,770.77 |
| Paycheck | 08/15/2016 | 21718 | Donna E Woody | | -SPLIT- | -3,669.95 |
| Paycheck | 09/01/2016 | 21726 | Donna E Woody | | -SPLIT- | -3,669.95 |
| Paycheck | 09/15/2016 | 21748 | Donna E Woody | | -SPLIT- | -3,669.95 |
| | | | | | | -90,246.83 |
| Bill Pmt -Check | 07/22/2016 | 21689 | Estes Express Lines | Seneca Allegany | Accounts Payable | -1,457.86 |
| | | | | | | -1,457.86 |
| Bill Pmt -Check | 07/15/2016 | Auto | First Federal Leasing | 131431 | Accounts Payable | -1,025.05 |
| Bill Pmt -Check | 08/15/2016 | Auto | First Federal Leasing | 131431 | Accounts Payable | -1,025.05 |
| Bill Pmt -Check | 09/15/2016 | Auto | First Federal Leasing | 131431 | Accounts Payable | -1,025.05 |
| | | | | | | -3,075.15 |
| Check | 09/15/2016 | 21752 | Franchise Tax Board | | California | -898.00 |
| | | | | | | -898.00 |
| Bill Pmt -Check | 07/01/2016 | 21679 | IPFS Corporation | | Accounts Payable | -629.74 |
| Bill Pmt -Check | 07/01/2016 | 21680 | IPFS Corporation | Payment 2 | Accounts Payable | -2,232.95 |
| Bill Pmt -Check | 08/10/2016 | 21713 | IPFS Corporation | | Accounts Payable | -629.74 |
| Bill Pmt -Check | 08/10/2016 | 21715 | IPFS Corporation | Payment 2 | Accounts Payable | -2,232.95 |
| Bill Pmt -Check | 09/06/2016 | 21744 | IPFS Corporation | | Accounts Payable | -629.74 |
| Bill Pmt -Check | 09/06/2016 | 21746 | IPFS Corporation | Payment 2 | Accounts Payable | -2,232.95 |
| | | | | | | -8,588.07 |
| Check | 06/30/2016 | 21674 | James Valentino Pettis | 6/16 & 6/24 | Repairs and Maintenance | -140.00 |
| Check | 07/07/2016 | 21683 | James Valentino Pettis | 7/1 and 7/7 | Repairs and Maintenance | -140.00 |
| Check | 08/01/2016 | 21699 | James Valentino Pettis | 7/18, 7/24 | Repairs and Maintenance | -140.00 |
| Check | 08/11/2016 | 21719 | James Valentino Pettis | 7/31, 8/7 | Repairs and Maintenance | -140.00 |
| Check | 08/31/2016 | 21727 | James Valentino Pettis | 8/18 & 8/29 | Repairs and Maintenance | -140.00 |
| Check | 09/14/2016 | 21749 | James Valentino Pettis | 9/6 & 9/12 | Repairs and Maintenance | -140.00 |
| | | | | | | -840.00 |
| Paycheck | 07/01/2016 | DD1658 | Julie D Pettis | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 07/15/2016 | DD1661 | Julie D Pettis | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 08/01/2016 | DD1664 | Julie D Pettis | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 08/15/2016 | DD1667 | Julie D Pettis | Direct Deposit | -SPLIT- | 0.00 |
| Paycheck | 09/01/2016 | DD1670 | Julie D Pettis | Direct Deposit | -SPLIT- | 0.00 |

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 31 of 46

# Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Paycheck | 09/15/2016 | DD1673 | Julie D Petts | Direct Deposit | -SPLIT- | 0.00 | 7178.22 |
| Check | 09/09/2016 | Auto | Knex Worldwide | | Prepaid Equipment Deposits | -10,000.00 | -10,000.00 |
| Bill Pmt -Check | 07/08/2016 | Auto | Native Trading Associates | | Accounts Payable | -7,459.29 | |
| Bill Pmt -Check | 08/08/2016 | Auto | Native Trading Associates | | Accounts Payable | -7,459.29 | |
| Bill Pmt -Check | 09/09/2016 | Auto | Native Trading Associates | | Accounts Payable | -4,013.76 | |
| Check | 09/07/2016 | Auto | Native Trading Associates | | Current Portion Native N/P | -100,000.00 | -118,932.34 |
| Bill Pmt -Check | 06/20/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 06/20/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 06/30/2016 | 21675 | NCTI | | Accounts Payable | -22,093.20 | |
| Bill Pmt -Check | 07/05/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 07/12/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 07/12/2016 | 21687 | NCTI | | Accounts Payable | -29,293.50 | |
| Bill Pmt -Check | 07/20/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 07/25/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 08/01/2016 | 21703 | NCTI | | Accounts Payable | -24,427.80 | |
| Bill Pmt -Check | 08/10/2016 | 21716 | NCTI | | Accounts Payable | -30,732.00 | |
| Bill Pmt -Check | 08/23/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 08/31/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 08/31/2016 | | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Bill Pmt -Check | 09/07/2016 | 21747 | NCTI | QuickBooks generated zero amount transaction | Accounts Payable | -18,965.12 | -125,511.62 |
| Bill Pmt -Check | 07/01/2016 | 21678 | Nevada State Fire Marshal Division | | Accounts Payable | -1,000.00 | -1,000.00 |
| Bill Pmt -Check | 06/20/2016 | Auto | New Mexico Bank & Trust | Escrow Deposits | Accounts Payable | -1,198.96 | |
| Bill Pmt -Check | 07/19/2016 | Auto | New Mexico Bank & Trust | Escrow Deposits | Accounts Payable | -818.97 | |
| Bill Pmt -Check | 08/09/2016 | Auto | New Mexico Bank & Trust | Escrow Deposits | Accounts Payable | -2,948.29 | |
| Bill Pmt -Check | 08/12/2016 | Auto | New Mexico Bank & Trust | Escrow Deposits | Accounts Payable | -4,114.51 | |
| Bill Pmt -Check | 08/19/2016 | Auto | New Mexico Bank & Trust | Escrow Deposits | Accounts Payable | -266.62 | |
| Bill Pmt -Check | 09/19/2016 | Auto | New Mexico Bank & Trust | Escrow Deposits | Accounts Payable | -176.90 | -9,526.25 |
| Bill Pmt -Check | 09/06/2016 | 21733 | New Mexico Gas Company | | Accounts Payable | -31.47 | -31.47 |
| Bill Pmt -Check | 07/07/2016 | 21684 | New Mexico Mutual | | Accounts Payable | -1,388.00 | |
| Bill Pmt -Check | 08/10/2016 | 21714 | New Mexico Mutual | | Accounts Payable | -1,388.00 | |
| Bill Pmt -Check | 09/15/2016 | 21750 | New Mexico Mutual | | Accounts Payable | -1,388.00 | -4,164.00 |

# Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount | |
|---|---|---|---|---|---|---|---|
| Check | 09/15/2016 | 21751 | New Mexico Taxation & Revenue Dept. | | New Mexico | -50.00 | -50.00 |
| Check | 02/01/2016 | Auto | NM Bank and Trust | | Bank Fees - NM Bank & Trust | -1,124.47 | |
| Check | 07/15/2016 | 21685 | Norma Jurado | Promo on 6/24 & 6/25 | Promotions | -105.00 | -105.00 |
| Check | 06/23/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 06/27/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 06/30/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 06/30/2016 | Auto | Nusenda | | Bank Service Charges | -25.00 | |
| Check | 07/06/2016 | Auto | Nusenda | | New Mexico | -1.79 | |
| Check | 07/06/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 07/08/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 07/08/2016 | Auto | Nusenda | | New Mexico | -2.55 | |
| Check | 07/15/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 07/21/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 07/21/2016 | Auto | Nusenda | | New Mexico | -2.55 | |
| Check | 07/29/2016 | Auto | Nusenda | | Bank Service Charges | -25.00 | |
| Check | 07/29/2016 | Auto | Nusenda | | New Mexico | -1.82 | |
| Check | 08/01/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/01/2016 | Auto | Nusenda | | New Mexico | -2.55 | |
| Check | 08/04/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/10/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/15/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/15/2016 | Auto | Nusenda | | New Mexico | -2.55 | |
| Check | 08/17/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/18/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/18/2016 | Auto | Nusenda | | New Mexico | -2.55 | |
| Check | 08/22/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/23/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/23/2016 | Auto | Nusenda | | Bank Service Charges | -7.50 | |
| Check | 08/23/2016 | Auto | Nusenda | | New Mexico | -0.54 | |
| Check | 08/24/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/24/2016 | Auto | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 08/24/2016 | Auto | Nusenda | | New Mexico | -2.55 | |
| Check | 08/24/2016 | Auto | Nusenda | | New Mexico | -2.55 | |
| Check | 08/26/2016 | Auto | Nusenda | | Bank Service Charges | -7.50 | |

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 33 of 46

# Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount | |
|---|---|---|---|---|---|---|---|
| Check | 08/26/2016 Auto | | Nusenda | | New Mexico | -0.54 | |
| Check | 08/30/2016 Auto | | Nusenda | | Bank Service Charges | -7.50 | |
| Check | 08/30/2016 Auto | | Nusenda | | New Mexico | -0.54 | |
| Check | 09/01/2016 Auto | | Nusenda | | Bank Service Charges | -25.00 | |
| Check | 09/01/2016 Auto | | Nusenda | | New Mexico | -1.82 | |
| Check | 09/08/2016 Auto | | Nusenda | | Bank Service Charges | -35.00 | |
| Check | 09/08/2016 Auto | | Nusenda | | New Mexico | -2.55 | |
| Check | 09/15/2016 Auto | | Nusenda | | Bank Service Charges | -35.00 | -789.95 |
| Bill Pmt -Check | 07/01/2016 Auto | | Nusenda Credit Union | | Accounts Payable | -446.47 | |
| Bill Pmt -Check | 08/04/2016 Auto | | Nusenda Credit Union | | Accounts Payable | -446.47 | |
| Bill Pmt -Check | 09/02/2016 Auto | | Nusenda Credit Union | | Accounts Payable | -446.47 | |
| Check | 10/26/2015 | | Nusenda Credit Union | | Note Payable-2015 Ford Transit | -446.47 | -1,785.88 |
| Bill Pmt -Check | 06/28/2016 21667 | | Old Dominion | | Accounts Payable | -948.53 | |
| Bill Pmt -Check | 07/22/2016 21690 | | Old Dominion | | Accounts Payable | -2,164.70 | |
| Bill Pmt -Check | 08/01/2016 21704 | | Old Dominion | | Accounts Payable | -1,378.57 | |
| Bill Pmt -Check | 09/06/2016 21734 | | Old Dominion | | Accounts Payable | -1,742.63 | -6,234.43 |
| Bill Pmt -Check | 08/01/2016 21705 | | PNM | | Accounts Payable | -1,033.60 | |
| Bill Pmt -Check | 09/06/2016 21735 | | PNM | | Accounts Payable | -1,112.47 | -2,146.07 |
| Liability Check | 07/13/2016 Auto | | Principal Financial Group | 615344 | -SPLIT- | -286.18 | |
| Liability Check | 07/13/2016 Auto | | Principal Financial Group | 615344 | -SPLIT- | -306.17 | |
| Liability Check | 08/15/2016 Auto | | Principal Financial Group | 615344 | -SPLIT- | -286.18 | |
| Liability Check | 08/15/2016 Auto | | Principal Financial Group | 615344 | -SPLIT- | -286.18 | |
| Liability Check | 09/15/2016 Auto | | Principal Financial Group | 615344 | -SPLIT- | -266.79 | |
| Liability Check | 09/15/2016 Auto | | Principal Financial Group | 615344 | -SPLIT- | -499.82 | -1,931.32 |
| Liability Check | 06/30/2016 | | QuickBooks Payroll Service | Created by Payroll Service on 06/29/2016 | -SPLIT- | -7,566.40 | |
| Liability Check | 07/14/2016 | | QuickBooks Payroll Service | Created by Payroll Service on 07/13/2016 | -SPLIT- | -7,381.08 | |
| Liability Check | 07/29/2016 | | QuickBooks Payroll Service | Created by Payroll Service on 07/28/2016 | -SPLIT- | -7,348.31 | |
| Liability Check | 08/12/2016 | | QuickBooks Payroll Service | Created by Payroll Service on 08/11/2016 | -SPLIT- | -7,386.29 | |
| Liability Check | 08/31/2016 | | QuickBooks Payroll Service | Created by Payroll Service on 08/30/2016 | -SPLIT- | -7,504.53 | |
| Liability Check | 09/14/2016 | | QuickBooks Payroll Service | Created by Payroll Service on 09/13/2016 | -SPLIT- | -7,438.43 | -44,625.04 |
| Bill Pmt -Check | 09/06/2016 21736 | | Ricoh USA, Inc. | | Accounts Payable | -211.71 | -211.71 |

# Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount | |
|------|------|-----|------|------|-------|--------|---|
| Bill Pmt -Check | 09/06/2016 | 21737 | Rod D Baker | | Accounts Payable | -60.56 | -60.56 |
| Bill Pmt -Check | 08/01/2016 | 21706 | Sandia Office Supply | | Accounts Payable | -231.65 | -231.65 |
| Bill Pmt -Check | 08/09/2016 | 21712 | Seneca Manufacturing Company | | Accounts Payable | -55,907.92 | |
| Bill Pmt -Check | 09/12/2016 | Auto | Seneca Manufacturing Company | | Accounts Payable | -29,906.22 | |
| Check | 09/16/2016 | | Seneca Manufacturing Company | QuickBooks generated zero amount transaction | Accounts Payable | 0.00 | |
| Check | 09/12/2016 | 021728 | Seneca Manufacturing Company | | -SPLIT- | -29,906.22 | -115,720.36 |
| Bill Pmt -Check | 08/01/2016 | 21707 | Shamrock Corporation | | Accounts Payable | -13,623.04 | -13,623.04 |
| Transfer | 08/05/2016 | | Southwest Chase - CC | Funds Transfer | Southwest Chase - CC | -6,655.00 | -6,655.00 |
| Bill Pmt -Check | 08/08/2016 | 21711 | Sunset Transportation | | Accounts Payable | -6,820.00 | |
| Bill Pmt -Check | 09/06/2016 | 21743 | Sunset Transportation | | Accounts Payable | -6,995.00 | -13,815.00 |
| Bill Pmt -Check | 08/12/2016 | 21720 | Supply One | | Accounts Payable | -1,404.94 | -1,404.94 |
| Bill Pmt -Check | 06/28/2016 | 21668 | T Mobile | | Accounts Payable | -448.54 | |
| Bill Pmt -Check | 08/01/2016 | 21708 | T Mobile | | Accounts Payable | -448.54 | |
| Bill Pmt -Check | 09/06/2016 | 21738 | T Mobile | | Accounts Payable | -451.58 | -1,348.66 |
| Bill Pmt -Check | 09/06/2016 | 21739 | The Color Printer | | Accounts Payable | -430.31 | -430.31 |
| Check | 06/27/2016 | Auto | The Hartford Group | | Insurance | -568.65 | |
| Check | 07/27/2016 | Auto | The Hartford Group | | Insurance | -568.65 | |
| Check | 08/27/2016 | Auto | The Hartford Group | | Insurance | -467.55 | -1,604.85 |
| Bill Pmt -Check | 07/22/2016 | 21696 | United States Liability Insurance Company | | Accounts Payable | -559.61 | -559.61 |
| Bill Pmt -Check | 06/24/2016 | Auto | UPS | | Accounts Payable | -452.60 | |
| Bill Pmt -Check | 07/01/2016 | Auto | UPS | | Accounts Payable | -148.23 | |
| Bill Pmt -Check | 07/08/2016 | Auto | UPS | | Accounts Payable | -156.59 | |
| Bill Pmt -Check | 07/15/2016 | Auto | UPS | | Accounts Payable | -439.93 | |
| Bill Pmt -Check | 07/22/2016 | Auto | UPS | | Accounts Payable | -503.12 | |
| Bill Pmt -Check | 07/29/2016 | Auto | UPS | | Accounts Payable | -61.62 | |
| Bill Pmt -Check | 08/05/2016 | Auto | UPS | | Accounts Payable | -176.35 | |
| Bill Pmt -Check | 08/12/2016 | Auto | UPS | | Accounts Payable | -168.75 | |

# Sandia Tobacco Manufacturers, Inc.
## Account QuickReport
### As of September 19, 2016

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Bill Pmt -Check | 08/19/2016 | Auto | UPS | | Accounts Payable | -28.00 |
| Bill Pmt -Check | 08/26/2016 | Auto | UPS | | Accounts Payable | -100.82 |
| Bill Pmt -Check | 09/02/2016 | Auto | UPS | | Accounts Payable | -240.24 |
| Bill Pmt -Check | 09/09/2016 | Auto | UPS | | Accounts Payable | -292.30 |
| | | | | | | -2,768.55 |
| Bill Pmt -Check | 06/28/2016 | 21669 | UPS Freight | Starco | Accounts Payable | -261.72 |
| Bill Pmt -Check | 07/22/2016 | 21691 | UPS Freight | Wholesale Outlet | Accounts Payable | -262.69 |
| Bill Pmt -Check | 08/01/2016 | 21709 | UPS Freight | | Accounts Payable | -452.51 |
| Bill Pmt -Check | 09/06/2016 | 21740 | UPS Freight | Tigua | Accounts Payable | -173.01 |
| | | | | | | -1,149.93 |
| Bill Pmt -Check | 06/28/2016 | 21670 | Wallin & Briones Law Firm,LLC | | Accounts Payable | -2,796.15 |
| Bill Pmt -Check | 08/01/2016 | 21710 | Wallin & Briones Law Firm,LLC | | Accounts Payable | -3,911.33 |
| Bill Pmt -Check | 09/06/2016 | 21741 | Wallin & Briones Law Firm,LLC | | Accounts Payable | -1,206.63 |
| | | | | | | -7,914.11 |
| Bill Pmt -Check | 09/06/2016 | 21742 | Waste Management | | Accounts Payable | -402.90 |
| | | | | | | -402.90 |
| Bill Pmt -Check | 07/14/2016 | Auto | Wex Bank | | Accounts Payable | -1,021.10 |
| Bill Pmt -Check | 08/11/2016 | Auto | Wex Bank | | Accounts Payable | -805.87 |
| Bill Pmt -Check | 09/13/2016 | Auto | Wex Bank | | Accounts Payable | -806.85 |
| | | | | | | -2,633.82 |
| Bill Pmt -Check | 07/01/2016 | 21677 | Z Properties Inc. | | Accounts Payable | -7,614.91 |
| Bill Pmt -Check | 08/01/2016 | 21724 | Z Properties Inc. | | Accounts Payable | -7,614.91 |
| Bill Pmt -Check | 09/06/2016 | 21745 | Z Properties Inc. | | Accounts Payable | -7,614.91 |
| | | | | | | -22,844.73 |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | William F. Davis & Assoc., P.C.<br>6709 Academy NE, Suite A<br>Albuquerque, NM 87109 | | September 19, 2016 | $25,000.00 |

Email or website address

_____

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 403 Camino Oriente<br>Moriarty, NM 87035 | |

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Butler & Company CPAs, P.C.<br>4811 Hardware Dr NE<br>Albuquerque, NM 87109 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Butler & Company CPAs, P.C.<br>4811 Hardware Dr NE<br>Albuquerque, NM 87109 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Butler & Company CPAs, P.C.<br>4811 Hardware Dr NE<br>Albuquerque, NM 87109 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Bank of Albuquerque, NA<br>PO Box 26148<br>Albuquerque, NM 87125 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Donna Woody | Daily | $125,000.00 cost |
| | Name and address of the person who has possession of inventory records | | |
| | Donna Woody | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald Packingham | 13204 Princess Jeanne Ave. NE<br>Albuquerque, NM 87112 | President | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donna Woody | 11423 Costa del Sol NE<br>Albuquerque, NM 87111 | Vice President/Secretary | 10% |

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | William F. Davis & Assoc., P.C.<br>6709 Academy NE, Suite A<br>Albuquerque, NM 87109 | | September 19, 2016 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | 403 Camino Oriente Moriarty, NM 87035 | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
  Include this information even if already listed in the Schedules.

  ☑ None

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

  ☐ None

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26a.1. | Butler & Company CPAs, P.C. 4811 Hardware Dr NE Albuquerque, NM 87109 | |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☐ None

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26b.1. | Butler & Company CPAs, P.C. 4811 Hardware Dr NE Albuquerque, NM 87109 | |

  26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
| --- | --- | --- |
| 26c.1. | Butler & Company CPAs, P.C. 4811 Hardware Dr NE Albuquerque, NM 87109 | |

  26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☐ None

| Name and address | |
| --- | --- |
| 26d.1. | Bank of Albuquerque, NA PO Box 26148 Albuquerque, NM 87125 |

**27. Inventories**
  Have any inventories of the debtor's property been taken within 2 years before filing this case?

  ☐ No
  ☑ Yes. Give the details about the two most recent inventories.

Case 16-12335-j11    Doc 1    Filed 09/19/16    Entered 09/19/16 19:55:25 Page 44 of 46

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 . | Donna Woody | Daily | $125,000.00 cost |
| | Name and address of the person who has possession of inventory records<br>Donna Woody | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald Packingham | 13204 Princess Jeanne Ave. NE<br>Albuquerque, NM 87112 | President | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donna Woody | 11423 Costa del Sol NE<br>Albuquerque, NM 87111 | Vice President/Secretary | 10% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | SEE EXHIBIT SOFA #4 | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Principal Financial Group**<br>PO Box 2000<br>Mason City, IA  50402-2000 | EIN:   71-0951557 |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 19, 2016**

/s/ Donna E. Woody                                      Donna E. Woody
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **Vice President/Secretary**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes